

Attn: Trustee Russell Brown
Case: 2:16-bk-01524-PS
Date: 6/14/16
Debtor: Ilene Elizabeth Marlett
RE: Objection to claim of priority in Chapter 13 case



**FILED**

JUN 2 0 2016



UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

To the Court of Arizona,

    I am writing this letter in reply to the objection to priority debt which I was notified in email by Brant Edward Hodyno (Ilene Elizabeth Marlett's Attorney).

I specifically stated 507(a)(5) due to the debt occurred when Ilene purchased the 2014 Ford Escape in October 2014, and contacted the Golden One Credit Union immediately after she secured the new car to have Golden One repossess the Lincoln MKZ. She wrote a letter to the credit union stating that she would take on the payments and full responsibility for the MKZ when she left to Arizona. The fact that she dumped the car that she promised to make payments for and acquired a brand new car in favor of, shows her complete disregard for being financially responsible.

The act in itself is considered fraud. She purchased another car, knowing that she could not make the payments for both and dropped the Lincoln MKZ on me in October 2014. I had no other option than to take a lone against my 401k to cover the difference so that my credit wouldn't be ruined. Ilene has gone through bankruptcy before and she obviously hasn't learned from her first bankruptcy on being financially responsible. If it were not for the fact that I was going to have her wages garnished for what the California Divorce court awarded me, this case wouldn't exist. She is trying to run away from being responsible for her choices and actions again.

I am now going to move forward with a copy of this to the courts fraud division to further investigate the timeline of events, and verify the paper work with the Wff Auto Loan to make sure Ilene Marlett provided accurate information about her financial status when applying for the auto loan. I did not want to have to go this route, but the objection to my claim left me no choice.

1. If she was in dire straits at the time, why didn't she apply for bankruptcy when she couldn't afford the payments on the Lincoln MKZ?
2. Why did Ilene choose to purchase a brand new car over something that she could better afford?
3. If this case were opened just months after her dumping the MKZ, would the court look at this any differently?

These are some questions that need to be considered when granting her the option of making the debt she owes me non-priority. Section 5079(a)(5) states the following "allowed unsecured claims for contributions to an employee benefit plan", nowhere does it state who's employee

benefit plan contributions are being made to. Ilene's debt to me is indeed secured debt, as it's backed by collateral of my 401k.

In the end, I challenge what information Ilene provided on her auto loan application with Wff when she acquired the 2014 Ford Escape. In the end, I'm not looking to have Ilene given jail or prison time if found that she did commit fraud. I just want to be paid what she owes me and close the book on this part of my life.

In a closing note, I don't have a lawyer representing me on this and this will be the last letter I mail the court system. Any communication on the outcome of this should be communicated to me directly. I have cut off all contact with Ilene and her lawyer, as I need to move on with my life and I'm closing the door on this. I can be reached at the contact info listed below if further information is required.

Address: 3400 Richmond Pkwy Apt 510
Richmond CA, 94806
Phone: 415-652-0778
Email: chris.m.marlett@ilm.com

Signed: _____                    Date: 6/14/16
         Christopher Marlett

To whom it may concern:

The only martial asset I am requesting is the 2013 Lincoln MHZ hybrid, VIN number: 3LN6L2LU5DR814576. I will take full financial responsibility of making the monthly payments on the vehicle that is under a loan between The Golden 1 Credit Union and Christopher Mark Marlett and myself, Ilene Elizabeth Marlett; account number: 0001513105-01.

Golden 1 Credit Union
PO Box 15249
Sacramento, CA 95851-0249

I also wish to keep my current name, Ilene Elizabeth Marlett.

I make no claim to any other assets.

Signed: *[signature]*
Ilene E Marlett

Date: June 12, 2014