**SIGNED.**

**Dated: July 27, 2016**

*Paul Sala, Bankruptcy Judge*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| ILENE ELIZABETH MARLETT, | Case No: **2:16-bk-01524-PS** |
| Debtor; | **PROPOSED ORDER ON DEBTOR'S OBJECTION TO CLAIM OF PRIORITY IN CHAPTER 13 CASE** |
| CHRISTOPEHR MARLETT, | |
| Claim # 4 Claimant. | |

### ORDER MODIFYING CLAIM OF PRIORITY IN A CHAPTER 13 CASE

After a Hearing to consider Debtor's Objection to Christopher Marlett's Claim (Claim #4) of a priority debt in Debtor's Chapter 13 Case, and Claimant's Response to Debtor's Objection, with it appearing to the Court that Notice of the filing of said Objection and Notice of the Hearing were issued to all parties in interest in this case, and that the Debtor's Objection has merit, the Court is of the opinion that Claim #4 should be modified as requested.

There being no valid basis for a claim of priority, it is therefore ORDERED that the claim of Priority is DENIED, and the claim is hereby MODIFIED to the status of an unsecured, non-priority claim.

BY THE COURT

Date: **July 26, 2016**

*United States Bankruptcy Judge*

COPY of the foregoing served via ECF/*email this 26th day of July, 2016:

RUSSELL BROWN
ecfmailclient@ch13bk.com

BRANT EDWARD HODYNO on behalf of Debtor ILENE ELIZABETH MARLETT
hodynolaw@gmail.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

*CHRISTOPHER MARLETT on behalf of Claimant CHRISTOPHER MARLETT
3400 RICHMOND PKWY APT 510
RICHMOND CA 94806
cmarlett@ilm.com


By:   /s/ Brant E. Hodyno

**Brant E. Hodyno (030434)**
Brant Hodyno, Esq.
3260 N Hayden Road
Suite 210-1
Scottsdale, AZ 85251
Direct: 602-730-2095
Attorney for Debtor